# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DARLENE POST, *et al.*,

    Plaintiffs,

v.

SOC, LLC, *et al.*,

    Defendants.

Case No.: 2:25-cv-00062-GMN-NJK

**Order**

[Docket No. 11]

    Pending before the Court is Defendants' motion for extension to respond to complaint, Docket No. 11, which is **GRANTED**.

    Accordingly, Defendants' deadline to respond is extended to April 18, 2025.

    IT IS SO ORDERED.

    Dated: January 21, 2025

                                                                 Nancy J. Koppe
                                                                 United States Magistrate Judge