**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; et al.<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>SOC, LLC, a foreign limited liability company, et al.<br><br>　　　　　Defendant(s). | Case #2:25-cv-00062-NJK<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　　　Sean D. Camacho　　　　　, Petitioner, respectfully represents to the Court:
　　　　　　(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

　　　　　　　　　　　　　Dentons US LLP
　　　　　　　　　　　　　　(firm name)

with offices at 　　　　　1400 Wewatta Street, Suite 700　　　　　,
　　　　　　　　　　　　　　(street address)

　　　Denver　　　, 　　　Colorado　　　, 　80202　,
　　　(city)　　　　　　　　　(state)　　　　　　　(zip code)

　　303-634-4000　　　, 　sean.camacho@dentons.com　.
　(area code + telephone number)　　　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

　　　　　SOC, LLC　　　　　 to provide legal representation in connection with
　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  10/31/2016 , Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Colorado Supreme Court | 10/31/2016 | 49906 |
| U.S. District Court Colorado | 11/03/2016 | N/A |
| 10th Circuit Court of Appeals | 11/07/2016 | N/A |
| U.S. Court for Veterans Claims | 02/01/2019 | N/A |
| U.S. Court of Federal Claims | 12/09/2019 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> Colorado Bar Association
> Colorado Hispanic Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Jan 2022 | Graves v. Nye Cnty. | U.S.D.C-Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Sean D. G. Camacho*

_____
Petitioner's signature

STATE OF  Colorado       )
                         )
COUNTY OF     Denver     )

_____Sean D. Camacho_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Sean D. G. Camacho*

_____
Petitioner's signature

Subscribed and sworn to before me this

___21st___ day of ___January, 2025___, __Notarized online using audio-video communication__

_____
Notary Public or Clerk of Court

Brian Bernhard
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234022015
MY COMMISSION EXPIRES JUNE 12, 2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Paul J. Anderson___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Maupin, Cox & LeGoy, 4785 Caughlin Parkway___,
(street address)

___Reno___, ___Nevada___, ___89519___,
(city)        (state)         (zip code)

___775-827-2000___, ___panderson@mcllawfirm.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Paul J. Anderson__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Jon Mellis*
(party's signature)

SOC, LLC
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

709                         panderson@mcllawfirm.com
Bar number                  Email address

APPROVED:

Dated: this __24__ day of __January__, 20__25__.

_[signature]_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court
## State of Colorado

STATE OF COLORADO, ss:

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Sean David Gonzalez Camacho**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the __31st__

day of __October__ A.D. __2016__ and that at the date

hereof the said __Sean David Gonzalez Camacho__ is in good standing

at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __16th__ day of __January__ A.D. __2025__

*Cheryl Stevens*

Clerk

By _____

Deputy Clerk