Paul J. Anderson (NV SBN 709)
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O. Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Steven Masiello (*admitted pro hac vice*)
Sean D. G. Camacho (*admitted pro hac vice*)
**DENTONS US LLP**
1400 Wewatta Street, Suite 700
Denver, CO 80202
steven.masiello@dentons.com
sean.camacho@dentons.com

Gale Monahan (*admitted pro hac vice*)
**DENTONS US LLP**
100 Crescent Ct #900
Dallas, TX 75201
gale.monahan@dentons.com

*Attorneys for Defendants SOC, LLC, and SOC Nevada, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,<br><br>Plaintiffs,<br><br>vs.<br><br>SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1–5 and ROE ENTITIES 1–5,<br><br>Defendants. | Case No. 2:25-cv-00062-NJK<br><br>ORDER **FOR EXTENSION FOR DEFENDANTS SOC LLC AND SOC NEVADA LLC TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuan to Fed. R. Civ. P. 6 and this Court's Local Rules ("LR") of Practice LR IA 6-1 and LR 7-1, defendants, SOC LLC and SOC Nevada LLC (jointly, "SOC" or "Defendants"), submit this Motion for Extension for Defendants to Respond to Complaint (Second Request) (the "Motion"), to extend the deadline for SOC to respond to the Complaint [ECF No. 1-1], initially removed from the

Eighth Judicial District Court of the State of Nevada, Clark County, Nevada (the "State Court"), to this Court by 14 days to **May 2, 2025**. In support of this Motion, Defendants state:

1. Plaintiffs Darlene Post, Estate of David Post, Kipalee Prince, and Estate of David Prince (collectively, "Plaintiffs") filed the Complaint in State Court on December 2, 2024.

2. Plaintiffs served the Complaint on Defendants on December 11, 2024.

3. Defendants removed the Complaint to this Court on January 10, 2025. *See* [ECF No. 1].

4. Under FRCP 81(c), the deadline for SOC to respond to the Complaint was January 17, 2025.

5. On January 17, 2025, SOC filed its Motion for Extension for SOC to Respond to Complaint (First Request) (the "First Motion for Extension") [ECF No. 11], requesting an extension to April 18, 2025, to respond to the Complaint.

6. In the First Motion for Extension, SOC represented that it needed to coordinate the terms of a protective order with Plaintiffs' counsel to facilitate SOC obtaining the U.S. Department of Energy's ("DOE") approval to disclose confidential information subject to discovery in this Action. *See* First Mot. for Extension, (ECF No. 11, at ¶¶ 8–9, "The entry of a protective order likely will facilitate the Defendants obtaining the DOE's approval to disclose confidential information subject to discovery in this litigation.").

7. On April 3, 2025, the Parties filed the Stipulated Protective Order [ECF No. 20], which this Court denied on April 4, 2025 [ECF No. 21].

8. On April 9, 2025, SOC filed its Motion for Protective Order (the "Protective Order") [ECF No. 22] to address the Court's concerns with the Stipulated Protective Order, and the Protective Order is still pending before the Court.

9. On April 16, 2025, the DOE authorized SOC to disclose certain documents relevant to SOC's forthcoming motion to dismiss as long as the motion to dismiss is filed under seal and the documents are subject to a protective order entered by the Court. As of the filing of this Motion, the Court has not ruled on the Protective Order.

10. Given that the Protective Order is still pending, SOC needs additional time to respond to the Complaint to fulfill the disclosure requirements set forth by the DOE.

11. On April 17, 2025, counsel for SOC, Sean Camacho, Esq., emailed Plaintiffs counsel, Dale Hayes, Esq., advising of SOC's intent to file this Second Request. Mr. Hayes responded by email to Mr. Camacho advising that Plaintiffs did not oppose the Second Request.

12. In compliance with LR IA 6-1 this is the second request for an extension of time to respond to the Complaint. There are no pending deadlines, and the requested extension will not prejudice any party.

Based on the foregoing, Defendants respectfully request that this Court enter an orde granting this Motion directing that Defendants have an additional 14-day extension to **May 2, 2025**, to respond to the Complaint.

Respectfully submitted this 17th day of April, 2025.

Paul J. Anderson (NV SBN 709)
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O. Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Steven Masiello (*admitted pro hac vice*)
Sean D. G. Camacho (*admitted pro hac vice*)
**DENTONS US LLP**
1400 Wewatta Street, Suite 700
Denver, CO 80202
steven.masiello@dentons.com
sean.camacho@dentons.com

Gale Monahan (*admitted pro hac vice*)
**DENTONS US LLP**
100 Crescent Ct #900
Dallas, TX 75201
gale.monahan@dentons.com

*Attorneys for Defendants SOC, LLC, and SOC Nevada, LLC*

IT IS SO ORDERED.
Dated: April 18, 2025

Nancy J. Koppe
United States Magistrate Judge