Paul J. Anderson (NV SBN 709)
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O. Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Steven Masiello (*admitted pro hac vice*)
Sean D. G. Camacho (*admitted pro hac vice*)
**DENTONS US LLP**
1400 Wewatta Street, Suite 700
Denver, CO 80202
steven.masiello@dentons.com
sean.camacho@dentons.com

Gale Monahan (*admitted pro hac vice*)
**DENTONS US LLP**
100 Crescent Ct #900
Dallas, TX 75201
gale.monahan@dentons.com

*Attorneys for Defendants SOC, LLC, and SOC Nevada, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,<br><br>Plaintiffs,<br><br>vs.<br><br>SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1–5 and ROE ENTITIES 1–5,<br><br>Defendants. | Case No. 2:25-cv-00062-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS SOC LLC AND SOC NEVADA LLC TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (FIRST REQUEST)** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and this Court's Local Rules of Practice LR IA 6-1, SOC LLC and SOC Nevada LLC ("Defendants"), submit this Unopposed Motion for Extension of Time for Defendants to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss (First Request) (the "Motion"). This Motion is necessary and is made

Page 1

for purposes of extending the deadline by seven days to **June 30, 2025**, for Defendants to file their Reply to plaintiffs, Darlene Post, Estate of David Post, Kipalee Prince, and Estate of David Prince ("Plaintiffs") Opposition to Defendants Motion to Dismiss Plaintiffs' Complaint ("Response") [ECF No. 37].  In support of this Motion, Defendants state:

1. Defendants filed the Motion to Dismiss Plaintiffs' Complaint ("Motion to Dismiss") [ECF No. 30] on May 2, 2025.

2. Plaintiffs filed the Response on June 16, 2025.

3. Under LR-7-2(b), the deadline for Defendants to reply to the Response is June 23, 2025.

4. Plaintiffs Response raises several arguments concerning Defendants' jurisdictional defenses and substantive bases in support of the Motion to Dismiss that require additional research and time to properly reply to the Response.

5. Defendants believe a successful assertion of their jurisdictional defenses will bar all of Plaintiffs' claims.

6. Accordingly, Defendants request an extension to **June 30, 2025**, a period of seven-days to reply to the Response.

7. Defendants counsel has communicated with Plaintiffs counsel regarding the requested extension of time to reply and Plaintiffs do not oppose Defendants' requested seven-day extension of time.

8. This is Defendants' first request for an extension of time to reply to the Response.

9. There are no pending deadlines, and the requested extension will prejudice no party.

WHEREFORE, Defendants respectfully request that this Court grant this unopposed Motion and enter an order granting Defendants an additional seven-day extension to **June 30, 2025**, to reply to the Response.

Respectfully submitted this 20th day of June, 2025.

*[signature]*

Paul J. Anderson (NV SBN 709)
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O. Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Steven Masiello (*admitted pro hac vice*)
Sean D. G. Camacho (*admitted pro hac vice*)
**DENTONS US LLP**
1400 Wewatta Street, Suite 700
Denver, CO 80202
steven.masiello@dentons.com
sean.camacho@dentons.com

Gale Monahan (*admitted pro hac vice*)
**DENTONS US LLP**
100 Crescent Ct #900
Dallas, TX 75201
gale.monahan@dentons.com

*Attorneys for Defendants SOC, LLC, and SOC Nevada, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___June 26, 2025___

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Maupin, Cox and LeGoy, and in such capacity and on the date indicated below, I served the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

Dale A. Hayes, Jr, Esq.
Liane K. Wakayama, Esq.
Jack C. Juan, Esq.
HAYES | WAKAYAMA | JUAN
5798 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89113

*Attorneys for Plaintiffs*

Dated this 20th day of June 2025.


Emely Martinez