Paul J. Anderson (NV SBN 709)
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O. Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Steven Masiello (*admitted pro hac vice*)
Gale Monahan (*admitted pro hac vice*)
Sean D. G. Camacho (*admitted pro hac vice*)
**DENTONS US LLP**
1900 16th Street, Suite 1350
Denver, CO 80202
steven.masiello@dentonsgov.us
gale.monahan@dentonsgov.us
sean.camacho@dentons.com

*Attorneys for Defendants SOC LLC and SOC Nevada LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,

Plaintiffs,

vs.

SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1–5 and ROE ENTITIES 1–5,

Defendants.

Case No.  2:25-cv-00062-GMN-NJK

**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE UNREDACTED EXHIBIT NOS. 4 AND 5 IN SUPPORT OF MOTION TO DISMISS**

Under Fed. R. Civ. P. ("FRCP") 6 and this Court's Local Rules ("LR") of Practice LR IA 6-1 and LR 7-1, Plaintiffs and Defendants, SOC LLC and SOC Nevada LLC (jointly, "SOC"), stipulate, subject to this Court's approval, to extend by 14 days to **February 20, 2026**, the time for SOC to file unredacted copies of Exhibit Nos. 4 and 5 (the "Unredacted Exhibits") to the Motion to Dismiss (the "Motion to Dismiss") [ECF No. 29] under seal pursuant to this Court's February 2, 2026 Minute Order (the "Minute Order") [ECF No. 46].  In support of this Stipulation SOC states:

Page 1

1. Plaintiffs filed the Complaint on December 11, 2024, and SOC filed its Petition for Removal [ECF No. 1] on January 10, 2025.

2. SOC filed the Motion to Dismiss together with the Appendix of Exhibits to SOC's Motion to Dismiss Plaintiffs' Complaint (the "Appendix") [ECF No. 30] on May 2, 2025.

3. Concurrently with SOC's filing of the Motion to Dismiss, SOC separately served an unredacted version of the MTD on Plaintiffs, which they responded to in their Opposition to the Motion to Dismiss [ECF No. 37].

4. The Appendix includes documents the National Nuclear Security Administration ("NNSA") marked as Controlled Unclassified Information ("CUI"), including Exhibit Nos. 4 and 5.

5. Under DOE O. 471.7, § 4.a. (identifying CUI); DOE-H-2048 (requiring 14 days' notice before disclosure of information); and DOE-H-2063 (requiring contracting officer approval before disclosure of information), the NNSA has authority to control the conditions that SOC may disclose the NNSA's documents, including Exhibit Nos. 4 and 5 to the public. *See* Defs.' Mot. for Leave to File Mot. to Dismiss Pls.' Compl. and App'x of Exs. Under Seal (hereinafter "Mot. for Leave") [ECF No. 28].

6. Under its authority, the NNSA applied redactions to Exhibit Nos. 4 and 5, pursuant to the Freedom of Information Act, Exemption (b)(6), and authorized SOC to disclose the redacted versions of Ex. Nos. 4 and 5 to the Court and Plaintiffs through its Motion to Dismiss filing. *See* 5 U.S.C. § 552(b)(6); *see also* Mot. for Leave at 3.

7. This Court entered the Minute Order on February 2, 2026, directing SOC to file an unredacted version of the Motion to Dismiss and the Unredacted Exhibits under seal by February 6, 2026.

8. Concurrently with this Motion, SOC is filing an unredacted version of the Motion to Dismiss; however, SOC needs more time to confer with the NNSA about potentially filing the Unredacted Exhibits under seal with this Court.

9. SOC understands that under FRCP 5.2, this Court has the authority to direct SOC to file unredacted copies of a filing under seal. *See* Fed. R. Civ. P. 5.2(d) ("The court may order that a filing be made under seal without redaction.").

10.    SOC intends to comply with the Minute Order's directions, but SOC is also contractually and legally obligated to confer with NNSA concerning the filing of the Unredacted Exhibits under seal.

11.    Accordingly, SOC requests an additional 14 days to confer with the NNSA concerning the filing of the Unredacted Exhibits pursuant to this Court's order.

12.    On February 5, 2026, counsel for SOC, Sean Camacho, Esq. emailed Plaintiffs' counsel, Dale Hayes, Esq., advising of SOC's intent to file this Motion. Mr. Hayes responded by email to Mr. Camacho, advising that Plaintiffs stipulate to this Motion.

13.    In compliance with LR IA 6-1 this is the first request for an extension of time to file the Unredacted Exhibits. There are no pending deadlines, and the requested extension will not prejudice any party.

Based on the foregoing, SOC respectfully requests that this Court enter an order granting this Motion and ordering that SOC has a 14-day extension to **February 20, 2026**, to file the Unredacted Exhibits.

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that Defendants must file, under seal, unredacted copies of Exhibits 4 and 5 to the Motion to Dismiss, (ECF No. 29), no later than February 20, 2026.

**DATED** this __6__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully, submitted this 6th day of February 2026.

/s Paul J. Anderson
Paul J. Anderson (NV SBN 709)
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O. Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Steven Masiello (*admitted pro hac vice*)
Sean D. G. Camacho (*admitted pro hac vice*)
**DENTONS US LLP**
1900 16th Street, Suite 1350
Denver, CO 80202
steven.masiello@dentons.com
sean.camacho@dentons.com

Gale Monahan (*admitted pro hac vice*)
**DENTONS US LLP**
100 Crescent Court, Suite 900
Dallas, TX 75201
gale.monahan@dentons.com

*Attorneys for Defendants SOC, LLC, and SOC Nevada, LLC*

So stipulated to by:

/s Dale A. Hayes Jr.
Dale A. Hayes Jr., Esq.
Liane K. Wakayama, Esq.
Jack. C. Juan, Esq.
**HAYES | WAKAYAMA | JUAN**
5798 S. Durango Drive, Ste 105
Las Vegas, Nevada 89113
dhayes@hwlawnv.com
jjuan@hwlawnv.com
lkw@hwlawnv.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I am an employee of Maupin, Cox, and LeGoy, and in such capacity and on the date indicated below. I served the foregoing proposed sealed document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties on record.

Dale A. Hayes Jr., Esq.
Liane K. Wakayama, Esq.
Jack. C. Juan, Esq.
HAYES | WAKAYAMA | JUAN
5798 S. Durango Drive, Ste 105
Las Vegas, Nevada 89113

Dated this 6th day of February 2026.

Employee _____