**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARLENE POST, et al.,

     Plaintiffs,

v.

SOC, LLC, et al.,

     Defendants.

Case No. 2:25-cv-00062-GMN-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by March 23, 2026.

IT IS SO ORDERED.

Dated: March 16, 2026

_____
Nancy J. Koppe
United States Magistrate Judge