**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,<br><br>        Plaintiffs,<br><br>   vs.<br><br>SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1–5 and ROE ENTITIES 1–5,<br><br>        Defendants. | Case No. 2:25-cv-00062-NJK<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE ANSWER (FIRST REQUEST)** |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure ("Rules" or "Fed. R. Civ. P.") and this Court's Local Rules of Practice LR IA 6-1, Plaintiffs Darlene Post, Estate of David Post, Kipalee Prince, and Estate of David Prince (collectively, "Plaintiffs") and SOC LLC and SOC Nevada LLC (jointly, "Defendants"; together with Plaintiffs the "Parties" and each a "Party"), stipulate to this Stipulation to Extend Time to File Answer (First Request) (the "Stipulation"). By this Stipulation, Defendants request an extension of twenty-eight (28) to **May 8, 2026**, to file their answer to Plaintiffs' forthcoming amended complaint. In support of this Stipulation, the Parties state:

Page 1

1.    SOC filed its Motion to Dismiss on May 2, 2025 [ECF No. 29] and on June 16, 2025, Plaintiffs filed their Response to the Motion to Dismiss [ECF No. 37].

2.    On March 27, 2026, this Court issued its Order Granting, in Part, and Denying, in Part, Motion to Dismiss (the "Order") [ECF No. 56].  Among other things, the Order granted SOC's Motion to Dismiss Plaintiffs' Negligent Hiring, Training, Retention, and Supervision claim without prejudice and Plaintiffs' Vicarious Liability for Negligent Acts of SOC Doe Guard claim with prejudice.

3.    Defendants answer to the Complaint is due April 10, 2026.  *See* Fed. R. Civ.  P. 12(a)(4)(A).

4.    On April 6, 2026, Plaintiffs represented to Defendants that they intend to amend their Complaint by April 24, 2026, which under Rule 15 would require Defendants to file an answer to any amended complaint by May 8, 2026.  *See* Fed. R. Civ.  P. 15(a)(3).

5.    Given Plaintiffs intend to amend the Complaint fourteen (14) days after Defendants' current deadline to file its answer, this Stipulation preserves judicial resources and facilitates the economical litigation of this matter.

6.    Without the stipulated extension of time to file Defendants' answer, Defendants will be required to file two separate responses: first, an answer to the original Complaint, which will be become moot within two weeks when Plaintiffs file their amended complaint on April 24, 2026, and second, a response to that amended complaint. Under these circumstances, filing two responses under would be unnecessarily duplicative and burdensome, particularly given that Plaintiffs have already indicated their intent to amend the Complaint.

7.    The Parties make this Stipulation in good faith, after conferral on the upcoming deadlines and the mutual desire to avoid duplicative or unnecessary filings.

8.    This Stipulation is the first requested extension to Defendants' deadline to file its answer.

9.    Granting this Stipulation will not prejudice any Party and only adjust Defendants' deadline to file its answer to the forthcoming amended complaint.

WHEREFORE, the Parties request this Court grant this Stipulation to extend Defendants' deadline to file an answer to Plaintiffs' forthcoming amended complaint by twenty-eight (28) days to **May 8, 2026**.

**IT IS SO STIPULATED AND AGREED.**

Dated this 8th day of April, 2026

/s Dale A. Hayes
Dale A. Hayes, Jr, (NV SBN 9056)
Liane K. Wakayama, (NV SBN 11313)
Jack C. Juan, Esq. (NV SBN 6367)
**HAYES | WAKAYAMA | JUAN**
5798 S. Durango Drive, Ste. 105
Las Vegas, Nevada 89113
dhayes@hwlawnv.com
lkw@hwlawnv.com
jjuan@hwlawnv.com

*Attorneys for Plaintiffs*

/s Sean D. G. Camacho
Paul J. Anderson (NV SBN 709)
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O. Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Steven Masiello (*admitted pro hac vice*)
Gale Monahan (*admitted pro hac vice*)
Sean D. G. Camacho (*admitted pro hac vice*)
**DENTONS US LLP**
1900 16th Street, Suite 1350
Denver, CO 80202
steven.masiello@dentonsgov.us
gale.monahan@dentonsgov.us
sean.camacho@dentons.com

*Attorneys for Defendants SOC LLC and SOC Nevada LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 9, 2026 _____