**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,

          Plaintiffs,

       vs.

SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1–5 and ROE ENTITIES 1–5,

          Defendants.

Case No.  2:25-cv-00062-NJK

**ORDER GRANTING STIPULATION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**
**[ L.R. IA 11-6(c)]**

Pursuant to L.R. IA 11-6(c), the undersigned hereby stipulate, consent, and agree as follows:

Defendants SOC LLC and SOC Nevada LLC (jointly, "SOC"), agree to substitute the law firm of Miller & Chevalier, by and through its attorneys Jason Workmaster, Alex Sarria, and Christina Clark, as SOC's attorneys of record in the above-captioned matter in place of the law firm of Dentons US LLP and its attorneys Steven Masiello, Gale Monahan, and Sean D. G. Camacho.

Page 1

Upon the Court's so-ordering of this Stipulation, Messrs. Masiello, Monahan, and Camacho shall be granted leave to withdraw their appearances in this matter and shall be removed from the service list and all notices.

Respectfully, submitted this 18th day of June, 2026.

/s Jon Mellis
Jon A. Mellis
General Counsel & Secretary, Government Services (Mason & Hanger | SOC)
Day & Zimmerman
11911 Freedom Drive, Suite 900
Reston, VA 20190
jon.mellis@dayzim.com

*On behalf of Defendants SOC, LLC and SOC Nevada, LLC*

/s Jason Workmaster
Paul J. Anderson (NV SBN 709)
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O.  Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Jason Workmaster (*pro hac vice forthcoming*)
Alex Sarria (*pro hac vice forthcoming*)
Christina Clark (*pro hac vice forthcoming*)
**MILLER & CHEVALIER**
900 Sixteenth Street, NW
Washington, DC 20006
jworkmaster@milchev.com
asarria@milchev.com
cclark@milchev.com

*Attorneys for Defendants SOC, LLC, and SOC Nevada, LLC*

/s Sean D. G. Camacho
Paul J. Anderson (NV SBN 709)
**MAUPIN, COX & LEGOY**
4785 Caughlin Parkway
P.O.  Box 30,000
Reno, NV 89519/89520 (P.O. Box)
panderson@mcllawfirm.com

Steven Masiello (*admitted pro hac vice*)
Gale Monahan (*admitted pro hac vice*)
Sean D. G. Camacho (*admitted pro hac vice*)
**DENTONS US LLP**
1900 16th Street, Suite 1350
Denver, CO 80202
steven.masiello@dentonsgov.us
gale.monahan@dentonsgov.us
sean.camacho@dentons.com

*Attorneys for Defendants SOC, LLC, and SOC Nevada, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 22, 2026 _____

Page 2