IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,

Plaintiffs,

vs.

SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1–5 and ROE ENTITIES 1–5,

Defendants.

Case No.  2:25-cv-00062-GMN-NJK

**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL**

- 1 -

IT IS HEREBY STIPULATED AND AGREED that Defendants SOC LLC and SOC Nevada LLC ("Defendants") hereby substitute and appoint Snell & Wilmer L.L.P. as attorneys of record in place and stead of Maupin, Cox & LeGoy.

Dated: July __12__, 2026

DEFENDANTS SOC LLC AND SOC NEVADA LLC

*Jon A. Mellis*
_____
Jon A. Mellis
General Counsel & Secretary
Day & Zimmerman Government Services
SOC LLC

Dated: July 10, 2026

MAUPIN, COX & LEGOY

 /s/ *Paul Anderson*
_____
Paul J. Anderson, Esq.
4785 Caughlin Parkway
P.O. Box 30,000
Reno, Nevada 89519

Dated: July 10, 2026

SNELL & WILMER L.L.P.

/s/ *Bradley T. Austin*
_____
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

**IT IS SO ORDERED.**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: July 14, 2026