**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,

Plaintiffs,

vs.

SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1–5 and ROE ENTITIES 1–5,

Defendants.

Case No. 2:25-cv-00062-GMN-NJK

**ORDER GRANTING DEFENDANTS SOC LLC AND SOC NEVADA LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

Defendants SOC LLC and SOC NEVADA LLC (jointly, "Defendants"), by and through the undersigned counsel of record, move the Court for leave to file a Third-Party Complaint

pursuant to Federal Rule of Civil Procedure 14(a)(1). The following grounds are presented in support of this motion:

1. On March 24, 2026, the Court set a deadline of June 23, 2026 to amend the pleadings and add parties. [ECF No. 55].

2. On June 18, 2026, prior counsel in this matter, Dentons U.S. LLP, filed a Stipulation to Withdraw and for Substitution of Counsel due to a conflict of interest that would interfere with its continued representation of Defendants. [*See* ECF Nos. 64, 65].

3. On the same day, Defendants retained attorneys from the law firm of Miller & Chevalier Chartered ("Miller & Chevalier") to represent them in this matter. [*See* ECF No. 65].

4. On June 19, 2026, Miller & Chevalier filed an Unopposed Motion to Extend Time to Amend the Pleadings and Add Parties and requested an extension of thirty (30) days from June 23, 2026. [*See id.*].

5. On June 22, 2026, Magistrate Judge Koppe granted the Defendants' request. Pursuant to the Court's order, the new deadline to amend the pleadings is July 23, 2026. [*See* ECF No. 68].

6. Upon being engaged, Miller & Chevalier promptly reviewed the filings in this matter and the Plaintiffs' initial disclosures. Although Defendants deny all liability for the damages allegedly suffered by Plaintiffs, if it is ultimately determined that either or both Defendants are liable to Plaintiffs, Defendants are entitled to contribution and/or equitable indemnity from additional parties not named in Plaintiffs' complaint.

7. Federal Rule of Civil Procedure 14(a)(1) provides that a "defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it" but must seek leave from the court if it files the Third-Party Complaint more than fourteen (14) days after serving its original answer.

8. Here, although Defendants will meet the Court's deadline to amend the pleadings and to add parties, it has been more than fourteen (14) days since Defendants filed their answer.

Accordingly, the Defendants seek leave of the Court to file the Third-Party Complaint against Amentum Services, Inc. and Prince Pollard attached hereto as Exhibit 1.

WHEREFORE, Defendants request this Court grant the Motion for Leave to File a Third-Party Complaint.

Dated: July 23, 2026

By: */s/ Bradley T. Austin*
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Christina A. Clark, Esq. (*Pro Hac Vice*)
Alejandro L. Sarria, Esq. (*Pro Hac Vice*)
Jason N. Workmaster, Esq. (*Pro Hac Vice*)
MILLER & CHEVALIER CHARTERED
900 16th Street NW
Washington, D.C. 20006

*Attorney for Defendants SOC LLC and SOC Nevada LLC*

The third-party complaint must be promptly filed and served.

IT IS SO ORDERED:

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge