IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,

Plaintiffs,

vs.

SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1–5 and ROE ENTITIES 1–5,

Defendants.

Case No. 2:25-cv-00062-GMN-NJK

**ORDER GRANTING STIPULATION AT DOCKET NO. 88**

///

///

///

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs Darlene Post, individually and in her capacity as Special Administrator of the Estate of David Post, and Kipalee Prince, individually and in her capacity as Special Administrator of the Estate of David Prince ("Plaintiffs"), by and through their undersigned counsel of record, and Defendants SOC LLC and SOC Nevada LLC ("Defendants"), by and through their undersigned counsel of record, that the Court may (1) vacate its Order Granting Defendants' Unopposed Motion for Leave to File Third Party Complaint [ECF No. 86, "Order"], (2) treat the Motion for Leave to File Third Party Complaint [ECF No. 84, "Motion"] as opposed, and (3) allow Plaintiffs through August 13, 2026 to file an opposition to the Motion. In support of this Stipulation, the Parties state as follows:

1. On March 24, 2026, the Court set a deadline of June 23, 2026 to amend the pleadings and add parties. [ECF No. 55].

2. On June 19, 2026, Defendants filed an Unopposed Motion to Extend Time to Amend the Pleadings and Add Parties and requested an extension of thirty (30) days from June 23, 2026. [*See* ECF No. 65].

3. On June 22, 2026, the Court granted the Defendants' request. Pursuant to the Court's order, the new deadline to amend the pleadings was continued to July 23, 2026. [*See* ECF No. 68].

4. The Parties thereafter discussed Defendants filing a motion for leave to file a Third-Party Complaint. The Parties dispute the scope of approval provided in the foregoing conference, specifically whether Plaintiffs' counsel stated that Defendants could file the Motion as unopposed, or whether Plaintiffs' counsel stated that Plaintiffs would likely not oppose the Motion, and asked to review the proposed Third-Party Complaint prior to formerly agreeing not to oppose the same. Regardless, the Parties have agreed to resolve this issue without unnecessary litigation, as set forth in this Stipulation.

5. Based on their understanding of the scope of approval provided in the telephonic conference, Defendants timely filed the Motion as unopposed the following day, on Thursday July 23, 2026. [ECF No. 84]. The proposed Third-Party Complaint was attached as an Exhibit to the Motion. [*Id.*]

6. On Monday July 27, 2026, the Court granted the Motion as unopposed. [ECF No. 86].

7. That same day, Plaintiffs' counsel contacted Defense counsel and stated that because he had not reviewed the Third-Party Complaint, he did not understand that it would be filed against parties with whom Plaintiffs had previously settled.

8. The Parties met and conferred on July 28th and 29th, 2026 and, in an effort to reach a compromise position that would avoid burdening the Court with unnecessary litigation on this issue and agreed to the relief sought in this Stipulation.

9. Good cause exists to allow Plaintiffs the opportunity to oppose the Motion.

10. As such, the Parties stipulate to (1) vacate the Court's Order Granting Defendants' Unopposed Motion for Leave to File Third Party Complaint, (2) treat the Motion as opposed, and (3) allow Plaintiffs through August 13, 2026 to file an opposition to the Motion.

///

///

11. This Stipulation is submitted without any prejudice to Defendants' previously-filed Motion.

Dated: July 30, 2026

By: */s/ Bradley Austin*
Patrick G. Byrne, Esq.
Nevada Bar No. 7636
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Christina A. Clark, Esq. (*Pro Hac Vice*)
Alejandro L. Sarria, Esq. (*Pro Hac Vice*)
Jason N. Workmaster, Esq. (*Pro Hac Vice*)
MILLER & CHEVALIER CHARTERED
900 16th Street NW
Washington, D.C. 20006

*Attorneys for Defendants SOC LLC and SOC Nevada LLC*

By: */s/ Dale Hayes*
Dale A. Hayes, Jr., Esq.
HAYES WAKAYAMA JUAN
5798 S. Durango Drive, Ste 105
Las Vegas, Nevada 89113

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2026



4901-8643-9618