**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,<br><br>Plaintiffs,<br><br>vs.<br><br>SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1-5 and ROE ENTITIES 1-5,<br><br>Defendants. | Case No.: 2:25-cv-00062-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs DARLENE POST, individually and in her capacity as Special Administrator of the Estate of DAVID POST, and

KIPALEE PRINCE, individually and in her capacity as Special Administrator of the Estate of DAVID PRINCE (collectively, "Plaintiffs") by and through their undersigned counsel of record, the law firm of HAYES WAKAYAMA JUAN, and Defendants SOC LLC and SOC Nevada LLC (collectively "Defendants")(Plaintiffs and Defendants collectively referred to as "Parties"), by and through their undersigned counsel of record, MILLER & CHEVALIER CHARTERED and SNELL & WILMER, that the Court may extend the deadline for Plaintiffs to respond to Defendants' Motion for Leave to File Third Party Complaint from Thursday, August 13, 2026, to Monday, August 17, 2026. In Support of this Stipulation, the Parties hereby stipulate and agree as follows:

1. On March 24, 2026, the Court set a deadline of June 23, 2026 to amend pleadings and add parties. [ECF No. 55]

2. On June 19, 2026, Defendants filed an Unopposed Motion to Extend Time to Amend the Pleadings and Add Parties and requested an extension of thirty (30) days from June 23, 2026 [ECF No. 65]

3. On June 22, 2026, the Court granted Defendants' request. Pursuant to the Court's order, the new deadline to amend the pleadings was continued to July 23, 2026. [ECF No. 68]

4. On July 23, 2026, Defendants filed an Unopposed Motion for Leave to File Third Party Complaint. [ECF No. 83/84]

5. On July 24, 2026, the Court granted Defendants Unopposed Motion for Leave to File Third Party Complaint. [ECF No. 86]

6. On July 30, 2026, the Parties submitted a Stipulation and Order to vacate the Court's July 24, 2026 ruling. [ECF No. 88]

7. On July 31, 2026, the Court granted the Stipulation and Order and vacated the July 24, 2026 ruling, giving Plaintiffs until August 13, 2026 to respond to the Motion. [ECF No. 89]

/ / /

/ / /

/ / /

8. Due to personal reasons regarding Plaintiffs counsel, the Parties agreed to extend Plaintiffs time to respond from August 13, 2026 to August 17, 2026.

9. The foregoing Stipualation is entered into in good faith and not for the purposes of delay.

IT IS SO STIPULATED

Dated this 13th day of August, 2026

**HAYES | WAKAYAMA | JUAN**

*/s/ Dale A. Hayes, Jr., Esq.*
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JACK C. JUAN, ESQ.
Nevada Bar No. 6367
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
*Attorneys for Plaintiffs*

Dated this 13th day of August, 2026

*/s/ Bradley T. Austin, Esq.*
PATRICK G. BYRNE, ESQ.
Nevada Bar No. 7636
BRADLEY T. AUSTIN, ESQ.
Nevada Bar No. 13064
**SNELL & WILMER L.L.P.**
1700 s. Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

CHRISTINA A. CLARK, ESQ.
*Pro Hac Vice*
ALEJANDRO L. SARRIA, ESQ.
*Pro Hac Vice*
JASON N. WORKMASTER, ESQ.
*Pro Hac Vice*
**MILLER & CHEVALIER CHTD.**
900 16th Street NW
Washington, D.C. 20006
*Attorneys for Defendants*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: August 14, 2026