**HAYES | WAKAYAMA | JUAN**
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
dhayes@hwlawNV.com
lkw@hwlawNV.com
jholmes@hwlawNV.com
*Attorneys for Plaintiffs*



**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,

Plaintiffs,

vs.

SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1-5 and ROE ENTITIES 1-5,

Defendants.

Case No.: 2:25-cv-00062-GMN-NJK

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO DISMISS AND MOTION TO STRIKE**

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs DARLENE POST, individually and in her capacity as Special Administrator of the Estate of DAVID POST, and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the Estate of DAVID PRINCE (collectively, "Plaintiffs") by and through their undersigned counsel of record,

the law firm of HAYES WAKAYAMA JUAN, and Defendants SOC LLC and SOC Nevada LLC (collectively "Defendants") (Plaintiffs and Defendants collectively referred to as "Parties"), by and through their undersigned counsel of record, MILLER & CHEVALIER CHARTERED and SNELL & WILMER, that the Court may extend the deadlines related to Defendants' Motion to Dismiss and Motion to Strike. The Parties hereby stipulate and agree as follows:

1. On August 31, 2026, Defendants filed their Motion to Strike and Motion to Dismiss with Responses due by September 14, 2026. [ECF #103, #104]

2. Due to the personal calendar conflicts of Plaintiffs' counsel, the Parties agreed to extend Plaintiffs time to respond and/or oppose Defendants' Motion from September 14, 2026, up and through September 18, 2026.

3. The Parties hereby further agreed to extend the time for Defendants to file a reply to Plaintiffs' response and/or opposition up and through September 30, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HAYES | WAKAYAMA | JUAN
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047

4. The foregoing Stipulation is entered into in good faith and not for the purposes of delay.

IT IS SO STIPULATED

Dated this 14th of September, 2026

**HAYES | WAKAYAMA | JUAN**

*/s/ Dale A. Hayes, Jr., Esq.*
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
*Attorneys for Plaintiffs*

Dated this 14th day of September, 2026

**SNELL & WILMER L.L.P.**

*/s/Christina A. Clark, Esq.*
PATRICK G. BYRNE, ESQ.
Nevada Bar No. 7636
BRADLEY AUSTIN, ESQ.
Nevada Bar No. 13064
1700 S. Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

CHRISTINA A. CLARK, ESQ.
*Pro Hac Vice*
ALEJANDRO L. SARRIA, ESQ.
*Pro Hac Vice*
JASON WORKMASTER, ESQ.
*Pro Hac Vice*
**MILLER & CHEVALIER CHTD.**
900 16th Street NW
Washington, D.C. 20006
*Attorneys for Defendants*

IT IS SO ORDERED:

**DATED** this 16 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT



HAYES | WAKAYAMA | JUAN
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047

**Abigail Coffing**

**From:** Clark, Christina <cclark@milchev.com>
**Sent:** Monday, September 14, 2026 11:51 AM
**To:** Abigail Coffing; Dale Hayes Jr; Austin, Bradley; Byrne, Pat; Sarria, Alex; Workmaster, Jason
**Subject:** RE: Post/Prince OPP to Motion to Dismiss/Strike

Thank you. You can affix our signature.

**CHRISTINA A. CLARK**
Member | Miller & Chevalier Chartered
cclark@milchev.com | 202.626.5909

---

**From:** Abigail Coffing <coffing@hwlawnv.com>
**Sent:** Monday, September 14, 2026 2:47 PM
**To:** Clark, Christina <cclark@milchev.com>; Dale Hayes Jr <dhayes@hwlawnv.com>; Austin, Bradley <baustin@swlaw.com>; Byrne, Pat <pbyrne@swlaw.com>; Sarria, Alex <asarria@milchev.com>; Workmaster, Jason <jworkmaster@milchev.com>
**Subject:** RE: Post/Prince OPP to Motion to Dismiss/Strike

**EXTERNAL**

---

Thank you for that catch, I've attached the stipulation with those corrections. Let me know if I can affix your /s/.

Thank you!

HAYES
WAKAYAMA
JUAN

Abigail Coffing
Paralegal
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
(t) (702) 656-0808
(f) (702) 655-1047
legalsupport@hwlawnv.com
www.hwlawNV.com

** This message is intended for the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this information in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service. Thank You. **

---

**From:** Clark, Christina <cclark@milchev.com>
**Sent:** Monday, September 14, 2026 11:31 AM
**To:** Abigail Coffing <coffing@hwlawnv.com>; Dale Hayes Jr <dhayes@hwlawnv.com>; Austin, Bradley <baustin@swlaw.com>; Byrne, Pat <pbyrne@swlaw.com>; Sarria, Alex <asarria@milchev.com>; Workmaster, Jason