**HAYES | WAKAYAMA | JUAN**
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JACK C. JUAN, ESQ.
Nevada Bar No. 6367
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
(702) 656-0808 – Telephone
(702) 655-1047 – Facsimile
dhayes@hwlawNV.com
lkw@hwlawNV.com
jjuan@hwlawNV.com
*Attorneys for Plaintiffs*

**HAYES | WAKAYAMA | JUAN**
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE POST, individually and in her capacity as Special Administrator of the ESTATE OF DAVID POST; and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the ESTATE OF DAVID PRINCE,<br><br>Plaintiffs,<br><br>vs.<br><br>SOC LLC, a foreign limited liability company; SOC NEVADA LLC, a foreign limited liability company; SOC DOE GUARD, an individual; and DOES 1-5 and ROE ENTITIES 1-5,<br><br>Defendants. | Case No.: 2:25-cv-00062-GMN-NJK |

**~~STIPULATION AND [PROPOSED]~~ ORDER TO EXTEND TIME TO FILE RESPONSE TO RENEWED MOTION FOR LEAVE TO FILE DOCUMENTS**

IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs DARLENE POST, individually and in her capacity as Special Administrator of the Estate of DAVID POST, and KIPALEE PRINCE, individually and in her capacity as Special Administrator of the Estate of

HAYES | WAKAYAMA | JUAN
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047

DAVID PRINCE (collectively, "Plaintiffs") by and through their undersigned counsel of record, the law firm of HAYES WAKAYAMA JUAN, and Defendants SOC LLC and SOC Nevada LLC (collectively "Defendants") (Plaintiffs and Defendants collectively referred to as "Parties"), by and through their undersigned counsel of record, MILLER & CHEVALIER CHARTERED and SNELL & WILMER, that the Court may extend the deadlines related to Defendants' Renewed Motion for Leave to File Documents ("Motion"). The Parties hereby stipulate and agree as follows:

1. On September 9, 2026, Defendants filed their Renewed Motion for Leave to File Documents with responses due by September 23, 2026. [ECF #107]

2. Due to the personal calendar conflicts of Plaintiffs' counsel, the Parties agreed to extend Plaintiffs time to respond and/or oppose Defendants' Motion from September 23, 2026, up and through September 24, 2026.

3. The Parties hereby further agreed to extend the time for Defendants to file a reply to Plaintiffs' response and/or opposition up and through October 1, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. The foregoing Stipulation is entered into in good faith and not for the purposes of delay.

IT IS SO STIPULATED

Dated this 23rd of September, 2026

**HAYES | WAKAYAMA | JUAN**

*/s/ Dale A. Hayes, Jr., Esq.*
DALE A. HAYES, JR., ESQ.
Nevada Bar No. 9056
LIANE K. WAKAYAMA, ESQ.
Nevada Bar No. 11313
JACK C. JUAN, ESQ.
Nevada Bar No. 6367
JEREMY D. HOLMES, ESQ.
Nevada Bar No. 14379
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
*Attorneys for Plaintiffs*

Dated this 23rd day of September, 2026

**SNELL & WILMER L.L.P.**

*/s/ Christina A. Clark, Esq.*
PATRICK G. BYRNE, ESQ.
Nevada Bar No. 7636
BRADLEY AUSTIN, ESQ.
Nevada Bar No. 13064
1700 S. Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

CHRISTINA A. CLARK, ESQ.
*Pro Hac Vice*
ALEJANDRO L. SARRIA, ESQ.
*Pro Hac Vice*
JASON WORKMASTER, ESQ.
*Pro Hac Vice*
**MILLER & CHEVALIER CHTD.**
900 16th Street NW
Washington, D.C. 20006
*Attorneys for Defendants*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2026



HAYES | WAKAYAMA | JUAN
5798 S Durango Drive, Suite 105
Las Vegas, Nevada 89113
TEL: (702) 656-0808 | FAX: (702) 655-1047